UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DEWAYNE BASSETT, | No.  2:15-cv-2064-KJM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| JEFF MACOMBER, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On January 14, 2016, the court screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and granted plaintiff 30 days within which to return documents to effectuate service of process on defendant Alcazar by the United States Marshal.  ECF No. 10.  On March 18, 2016, plaintiff requested that this action be dismissed and that the court "recall the filing charge."  ECF No. 13.

    Plaintiff's request must be denied.  If plaintiff no longer wishes to pursue this action, he may voluntarily dismiss it without prejudice by filing a notice of dismissal in accordance with Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.  Even if plaintiff chooses to voluntarily dismiss this action, he remains obligated to pay the entire filing fee "in increments," *Williams v. Paramo*, 775 F.3d 1182, 1185 (9th Cir. 2015); *see also* 28 U.S.C. § 1915(b)(1) & (2); *Taylor v. Delatoore*, 281 F.3d 844, 847 (9th Cir. 2002) ("Under the PLRA, all prisoners who file IFP civil actions must pay the full amount of the filing fee.").

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's March 18, 2016 request (ECF

2 No. 13) is denied.  If plaintiff no longer wishes to pursue this action, he may voluntarily dismiss it

3 without prejudice by filing a notice of dismissal in accordance with Rule 41(a)(1)(A) of the

4 Federal Rules of Civil Procedure.

5 DATED:  March 23, 2016.

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE